# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
'08 FEB 22 PM 2:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

In the Matter of the Search of

10321 Camino Ruiz, Apartment 18
San Diego, CA 92126

Case No. '08 MJ 0446

**SEARCH WARRANT**

TO: Jason Dunham and any Authorized Officer of the United States

Affidavit having been made before me by Jason Dunham who has reason to believe that on the property known as

See Attachment "A"

in the Southern District of California there is now concealed a certain person or property namely

See Attachment "B"

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or property above-described and establish grounds for the issuance of this warrant based on alleged violation of Title 18, United States Code, Section 514

YOU ARE HEREBY COMMANDED to search on or before 2/25/08
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 a.m. to 10:00 p.m.) and if the person or property be found there to seize the same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the

ANTHONY J. BATTAGLIA, as required by law.

FEB 15 2008 10:10 Am at San Diego, California

Date and Time Issued — City and State

Anthony J. Battaglia, U.S. Magistrate Judge

Name and Title of Judicial Officer

[signature]

Signature of Judicial Officer

**RETURN**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| February 15, 2008 | 2-15-08 1917 hrs | Cristina Gaza |

**INVENTORY MADE IN THE PRESENCE OF:** S/A Rachel Reesch

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Dell Desktop Computer
Dell Laptop Computer
Ast Desktop Computer
3 Printed E-Mail Messages
1 Address Book
Blue Magazine Binder
Clip Board
Notebook
Envelopes And Folders Containing Documents
Additional Loose Documents And Notes

**CERTIFICATION**

*I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.*

[signature]

*Subscribed, sworn to, and returned before me this date.*

[signature] 2/22/08

*U.S. Judge or Magistrate* *Date*